IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LYNNDA FARMER, | No. 3:18-cv-00504-PK |
| Plaintiff, | |
| v. | |
| DR. AMAN BAGLA, DR. HEATHER FOX, and MEGAN CONLEE, | ORDER |
| Defendants. | |

HERNANDEZ, District Judge:

Magistrate Judge Papak issued a Findings and Recommendation (#29) on August 3, 2018, in which he recommends that this Court grant the moving Defendants' motion to dismiss with prejudice. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's

report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [29]. Accordingly, Defendants Bagla's and Fox's motion to dismiss [21] is granted. Additionally, to the extent Plaintiff's claims are brought against Defendant Conlee, they are also dismissed. For the reasons explained by Judge Papak, the claims are not subject to amendment and thus, are dismissed with prejudice.

IT IS SO ORDERED.

DATED this 16 day of Sept, 2018.

MARCO A. HERNANDEZ
United States District Judge